UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLORIA P. RILEY

VERSUS

REPUBLIC FIRE AND CASUALTY
INSURANCE COMPANY

CIVIL ACTION

NO. 10-691-BAJ-DLD

# RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated March 28, 2011 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Motion to Remand (doc. 3), filed by plaintiff Gloria P. Riley, is **DENIED**.

Baton Rouge, Louisiana, April 26, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA